IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENCO PRODUCTS, INC.,** | : | CIVIL ACTION |
| Plaintiff | : | NO. 13-959 |
| v. | : | |
| | : | |
| **WEC MANUFACTURING, LLC,** | : | |
| Defendant | : | |
| | : | |

# ORDER

**AND NOW**, this 24th day of September 2013, upon consideration of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 4], Plaintiff's response thereto, and Defendant's reply, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED** without prejudice. The parties may engage in jurisdictional discovery for a period of sixty (60) days, at the conclusion of which Defendant will have fourteen (14) days to renew its motion to dismiss or file an amended motion to dismiss.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**